THIS OPINION HAS NO PRECEDENTIAL 
 VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT 
 AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
 In The Court of Appeals

 
 
 
 The State, Respondent,
 
 
 

v.

 
 
 
 Kenneth Harden, Appellant.
 
 
 

Appeal From Greenville County
 C. Victor Pyle, Jr., Circuit Court 
 Judge

Unpublished Opinion No. 2004-UP-210
 Submitted January 29, 2004  Filed March 25, 2004 

APPEAL DISMISSED

 
 
 
 Senior Assistant Appellate Defender Wanda H. Haile, Office 
 of Appellate Defense, of Columbia, for Appellant.
 Attorney General Henry Dargan McMaster, Chief Deputy Attorney 
 General John W. McIntosh, Assistant Deputy Attorney General Charles H. Richardson, 
 all of Columbia; and Solicitor Robert M. Ariail, of Greenville, for Respondent.
 
 
 

PER CURIAM:  Kenneth Harden appeals his 
 conviction for forgery in connection with his alleged attempt to purchase merchandise 
 with a counterfeit $100 bill.  Hardens appellate counsel has petitioned to 
 be relieved as counsel, stating she has reviewed the record and has concluded 
 Hardens appeal is without merit.  The sole issue briefed by counsel contends 
 the circuit court erred in admitting evidence of Hardens previous petit larceny 
 conviction to impeach his testimony on cross-examination.  Harden did not file 
 a separate pro se brief. 
After a review of the record as required by Anders 
 v. California, 386 U.S. 738 (1967), and State v. Williams, 305 S.C. 
 116, 406 S.E.2d 357 (1991), we hold there are no directly appealable issues 
 that are arguable on their merits.  Accordingly, we dismiss this appeal and 
 grant counsels petition to be relieved.[1]
APPEAL DISMISSED.
GOOLSBY, HOWARD, and KITTREDGE, JJ., concur.

          [1]  Because oral argument would not aid the court in resolving 
 the issues on appeal, we decide this case without oral argument pursuant to 
 Rules 215 and 220(b)(2), SCACR.